**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

FELICIA VALENTIN,

                Plaintiff,                            23 **CIVIL** 4812 (JW)

        -v-                                       **JUDGMENT**

KILOLO KIJAKAZI,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 3, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. Section 405(g), for further administrative proceedings and issuance of a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York

      November 6, 2023

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                                  **BY:**
                                                          **Deputy Clerk**